UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID ELLIOT

v.	Case No. 3:22-CV-329-RGJ

HUMANA INC.

**JOINT MOTION OF PLAINTIFF DAVID ELLIOT AND DEFENDANT HUMANA INC. TO MODIFY AND EXTEND UPCOMING PRE-TRIAL DEADLINES**

Plaintiff David Elliot ("Plaintiff") and Defendant Humana Inc. ("Defendant") (jointly "the Parties"), by and through the undersigned counsel, respectfully request this Court extend the upcoming pre-trial deadlines in light of the currently pending motions being addressed by the Court. As fully set forth below, this request is not being submitted for purposes of delay, but, instead, reflects the Parties agreed request to most efficiently manage the proceedings and avoid unnecessary proliferation of work and burden upon the Court.

Under the Court's existing Scheduling Order, as modified, the case is currently scheduled for trial commencing on April 28, 2025 and a final pre-trial conference on April 9, 2025. (DE 158). In conjunction with those dates, all pre-trial submissions are currently due on March 19, 2025. (DE 158, 22). Those pre-trial submissions include witness lists, exhibit lists, all motions *in*

*limine*, transcripts of evidentiary depositions to be used at trial, pre-trial memoranda, and proposed jury instructions. (*Id.*).

There are currently a number of contested motions pending with the Court, including Humana's Motion for Summary Judgment and Plaintiff's Motion to Certify Class. All pending motions have recently been fully briefed and are now ripe for decision. Specifically, the following motions are currently pending:

- Humana's Motion for Summary Judgment (DE 113);
- Humana's Motion to Exclude Plaintiff's Expert Witness Anya Verkhovskaya (DE 112);
- Plaintiff's Motion to Certify Class and Appointment of Class Counsel (DE 114);
- Plaintiff's Motion to Exclude Humana Inc.'s Expert (DE 115);
- Humana's Motion to Sanction Plaintiff and Counsel for Violating the Mediation Privilege (DE 161);
- Humana's Motion to Strike Improper Reply Declarations of David Elliot and James S. Wertheim (DE 162);
- Humana's Motion for Leave to File Sur-reply in Opposition to Plaintiff's Motion for Class Certification (DE 163); and
- Humana's Motion to Strike Declaration of Christina Peters-Stasiewicz (DE 165).

As of March 3, 2025, all of the foregoing Motions have been fully briefed.

The outcome of the pending Motions will directly and significantly impact the scope and manner of the pre-trial submissions, to the extent those submissions are not rendered completely moot as a result of the ruling on the pending Motions. For instance, the Court's decision on Plaintiff's class certification request would dramatically impact the scope of proposed jury instructions, witness lists, exhibit lists, and potential motions *in limine*. Similarly, depending upon how the Court ruled on Humana's Motion to Strike the Declaration of Ms. Peters-Stasiewicz or either of the Parties' Motions to exclude expert witnesses, it would likely impact the scope and nature of *in limine* motions that would be submitted. Further, if the Court were to grant Humana's Motion for Summary Judgment, it would obviate the need to prepare any of the pre-trial submissions.

Given the volume, complexity and substance of the pending Motions, the Parties recognize it is unlikely any or all of the pending Motions will be decided prior to the March 19 deadline for pre-trial submissions (or the April 9 final pre-trial conference). Accordingly, in order to promote judicial economy and avoid the burden of potentially unnecessary submissions, the Parties jointly request the Court extend those deadlines to allow the Court time to address the pending Motions.

Moreover, on March 7, 2025, the Court issued an Order scheduling an in-person hearing on April 9, 2025 to address Humana's Motion for Sanctions (DE 161) and Motion to Strike the Improper Reply Declarations of Mr. Elliot and Mr. Wertheim (DE 162). (DE 177). In light of the fact the Court has scheduled that hearing on April 9, the Parties would respectfully request the Court vacate the deadline for the March 19 pre-trial submissions and the April 9 final pre-trial conference.

A Proposed Order granting this Motion is attached hereto as Exhibit 1.

[*Signatures on following page*]

Respectfully submitted,

*James S. Wertheim*
James S. Wertheim, Esq. (*pro hac vice*)
Michael Hartmere, Esq. (*pro hac vice*)
Brittany Clark, Esq. (*pro hac vice*)
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
(385) 440-4121
jim@thehqfirm.com
michael.hartmere@thehqfirm.com
brittany.clark@thehqfirm.com
**Counsel for Plaintiff David Elliot**

*H. Toby Schisler*
H. Toby Schisler, Esq. (*pro hac vice*)
K. Cassandra Carter, Esq. (KBA #98018)
DINSMORE & SHOHL, LLP
1900 First Financial Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200 | (513) 977-8141 (Fax)
toby.schisler@dinsmore.com
cassandra.carter@dinsmore.com

Ryan D. Watstein, Esq. (*pro hac vice*)
Alexander D. Terepka, Esq. (*pro hac vice*)
Logan R. Leonard, Esq. (*pro hac vice*)
WATSTEIN TEREPKA, LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
(404) 400-3382
ryan@wtlaw.com
alex@wtlaw.com
lleonard@wtlaw.com
**Counsel for Defendant Humana Inc.**

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served upon all counsel of record this 11th day of March, 2025 through the Court's ECF/PACER e-filing system.

*H. Toby Schisler*