UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID ELLIOT                                                                                                  Plaintiffs

v.                                                                                    Civil Action No. 3:22-CV-329-RGJ

HUMANA, INC.                                                                                                  Defendant

\* \* \* \* \*

**MEMORANDUM OF FINAL PRETRIAL CONFERENCE AND ORDER**

An in-person final pretrial conference was held in this matter on April 9, 2025, before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's reporter was April Dowell. The following counsel participated in the final pretrial conference/hearing:

For the Plaintiff:   James S. Wetheim, Brittany N. Clark, Michael Hartmere and David Elliot, plaintiff.

For the Defendants:   Toby Schisler, Kathryn Casey Carter, Alexander Terepka, and Logan R. Leonard.

The Court and counsel discussed the procedural posture of the case after the Memorandum Opinion and Order [DE 205] issued on April 9, 2025 regarding the motion for class certification. Some additional settlement discussions were held today with the Magistrate Judge after the hearing held on the sanction issue. Any motions by the parties regarding the issuance of subpoenas for healthcare carriers for the class will be taken up quickly by the District Court. Counsel for the defendant informed the Court their intent on filing an interlocutory appeal on the Court's ruling earlier today. The Court discussed and the parties agreed that the pending trial, motions *in limine,* and pretrial filings may be administratively remanded until after the interlocutory appeal is resolved. Thus, the Court instructed the parties to file a written agreed

motion to stay the case pending the appeal within fourteen days. The Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) The jury trial scheduled for **April 28, 2025 is REMANDED from the Court's docket by agreement of the parties.**

(2) The case remains referred to Magistrate Judge Colin H. Lindsay for settlement purposes, if the parties wish to schedule additional settlement conference, counsel shall jointly contact Magistrate Judge Lindsay's office.

April 11, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:   Counsel of record
            Jury Administrator
            MJ CHL Chambers

Court Time:  00/20

Court Reporter: April Dowell