## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

DAVID ELLIOT,

    *Plaintiff*,

v.                                                       C/A No.: 3:22-CV-329-RGJ-CHL

HUMANA INC.,

    *Defendant*.

---

### JOINT MOTION TO STAY PROCEEDINGS PENDING
### HUMANA'S PETITION FOR CIV.R. 23(f) APPEAL

Plaintiff David Elliot and Defendant Humana Inc. (jointly the "Parties") move this Court for an Order staying this matter pending a decision on Defendant Humana's forthcoming Federal Rule of Civil Procedure 23(f) petition for permissive interlocutory appeal. Specifically, Humana has indicated its intent to file, pursuant to Federal Rule of Civil Procedure 23(f), a petition for interlocutory appeal of this Court's April 9, 2025 Memorandum Opinion & Order [DE 205] certifying a class.

In support of this Motion, the Parties state:

1. On April 9, 2025, this Court issued its Order [DE 205] granting Plaintiff's Motion to Certify Class [DE 114].

2. During the pre-trial conference held the same day, Defendant informed the Court of its intent to file a petition to the U.S. Court of Appeals for the Sixth Circuit under Federal Rule of Civil Procedure 23(f) for permission to appeal the Order granting class certification. [DE 207].

3. Thereafter, this Court instructed the Parties to file an agreed motion to stay this case pending the Sixth Circuit's decision on Defendant Humana's forthcoming Rule 23(f) petition. *See* [DE 207].

4. Courts within the Sixth Circuit commonly grant a stay of the proceedings while a Rule 23(f) appeal is pending with the court of appeals, especially when the parties agree a stay is warranted. *See e.g.*, *Pickett v. City of Cleveland*, 2024 U.S. Dist. LEXIS 217857, at * 9-10 (N.D. Oh., June 5, 2024.); *Shanehchian v. Macy's, Inc.*, 25 F.R.D 287 (S.D. Oh. 2011) (granting a stay pending Rule 23(f) appeal because it "best serve[d] judicial economy"); *Willis v. Big Lots, Inc.*, 2017 U.S. Dist. LEXIS 152152, at *13 (granting stay pending Rule 23(f) appeal "[b]ecause the Sixth Circuit's decision may define the contours of this case going forward"); *Grae v. Corr. Corp. of Am.*, 2019 U.S. Dist. LEXIS 66290, at *5 (M.D. Tenn. Apr. 18, 2019); *Dyas v. State Farm Fire & Cas. Ins. Co.*, 2010 U.S. Dist. LEXIS 152336, at * 8 (E.D. Ky. Dec. 22, 2010) ("A stay is particularly appropriate here because the Sixth Circuit's decision to accept or reject Defendants' petitions may affect this Court's analysis of the Motions to Stay.").

5. The parties jointly agree a stay of all proceedings before this Court pending review by the Sixth Circuit of Humana's appeal will promote judicial efficiency and conserve the resources of this Court and the Parties during the time that the Sixth Circuit considers whether to grant the review requested by Defendant Humana. Accordingly, the Parties jointly agree that all proceedings before this trial court – specifically including, but not limited to, any activity related to identifying members of the Class, establishing a proposed notice plan to deliver notice to Class members, any objections

the Parties would assert under Civ.R. 72 to the April 18, 2025 Order issued by the Magistrate Judge associated with the April 9, 2025 hearing (DE 211), and any other related case activity – be stayed until the Sixth Circuit has fully addressed Humana's Civ.R. 23(f) appeal. If the Sixth Circuit denies Defendant Humana's petition for review, Plaintiff will submit a proposed notice plan no later than fourteen (14) days from the date of denial.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying this matter pending resolution of Defendant Humana's Rule 23(f) petition. A Proposed Agreed Order granting this Motion is attached hereto as Exhibit A.

[*Signatures on following page*]

DATED:  April 22, 2025                                    Respectfully submitted,

/s/ <u>Michael C. Hartmere</u>
Michael C. Hartmere, *Pro Hac Vice*
James S. Wertheim
Brittany N. Clark, *Pro Hac Vice*
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
(385) 440-4120
Michael.Hartmere@thehqfirm.com
Jim@thehqfirm.com
Brittany.Clark@thehqfirm.com

*Counsel for Plaintiff and the Class*

<u>*/s/ H. Toby Schisler*</u>
H. Toby Schisler (*Pro Hac Vice*)
K. Cassandra Carter (KBA #98018)
Dinsmore & Shohl, LLP
1900 First Financial Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200 | (513) 977-8141 (FAX)
toby.schisler@dinsmore.com
cassandra.carter@dinsmore.com

Ryan D. Watstein (*Pro Hac Vice*)
Alex D. Terepka (*Pro Hac Vice*)
Logan R. Leonard (*Pro Hac Vice*)
Watstein Terepka, LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
(404) 400-3382
alex@wtlaw.com
ryan@wtlaw.com
lleonard@wtlaw.com

*Counsel for Defendant Humana Inc.*