UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID ELLIOT

v.                                                    Case No. 3:22-CV-329-RGJ-CHL

HUMANA INC.

**NOTICE OF PRO HAC VICE RENEWAL PAYMENT**

Pursuant to Invoice Pro Hac Vice Renewal Fee Notice [ECF No. 251], Plaintiff David Elliot respectfully notices this Court that Plaintiff's counsel, James S. Wertheim, has paid the requisite annual renewal fee to continue appearing in this Court on behalf of Plaintiff.

DATED: July 9, 2026

Respectfully submitted,

/s/ *James S. Wertheim*
James S. Wertheim
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
(385) 440-4121
jim@thehqfirm.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, a true and accurate copy of the foregoing was served upon all counsel of record through the Court's ECF/PACER e-filing system.

*/s/ James S. Wertheim*
James S. Wertheim

2